| AO 10 Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT NOMINATION FILING | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) MOSS, RANDOLPH D. | 2. Court or Organization United States District Court for the District of Columbia | 3. Date of Report 04/09/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) United States District Judge | 5a. Report Type (check appropriate type) ☑ Nomination  Date 04/03/2014 ☐ Initial  ☐ Annual  ☐ Final 5b. ☑ Amended Report | 6. Reporting Period 01/01/2013 to 03/25/2014 |

**7. Chambers or Office Address**

1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner | Wilmer Cutler Pickering Hale and Dorr LLP |
| 2. | Board Member | Glen Echo Park Partnership for Arts and Culture, Inc. |
| 3. | Trustee | Trust No. 1 |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2012 | Wilmer Cutler Pickering Hale and Dorr, LLP partnerhip payments | $2,150,940.00 |
| 2. 2013 | Wilmer Cutler Pickering Hale and Dorr, LLP partnership payments | $2,379,167.00 |
| 3. 2014 | Wilmer Cutler Pickering Hale and Dorr, LLP partnership payments | $593,450.00 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Exempt | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Exempt | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. BROKERAGE ACCOUNT #1 | | | | | | | | | |
| 2. - FIDELITY MUNICIPAL MONEY MARKET | A | Interest | P1 | T | Exempt | | | | |
| 3. - VANGUARD LIMITED TERM TAX EXEMPT FUND | D | Int./Div. | K | T | Exempt | | | | |
| 4. - VANGUARD INTERMEDIATE TERM TAX EXEMPT FUND | D | Int./Div. | K | T | Exempt | | | | |
| 5. - AETNA COMMON STOCK | A | Dividend | K | T | Exempt | | | | |
| 6. - EXXON MOBIL CORP COMMON STOCK | B | Dividend | L | T | Exempt | | | | |
| 7. - IBM COMMON STOCK | A | Dividend | K | T | Exempt | | | | |
| 8. - BARON GROWTH FUND | C | Dividend | N | T | Exempt | | | | |
| 9. - BBH CORE SELECT FUND | B | Dividend | L | T | Exempt | | | | |
| 10. - FIDELITY CONTRAFUND | D | Dividend | M | T | Exempt | | | | |
| 11. - FIDELITY LOW PRICED STOCK FUND | D | Dividend | M | T | Exempt | | | | |
| 12. - FIDELITY SPARTAN TOTAL MARKET INDEX | C | Dividend | N | T | Exempt | | | | |
| 13. - ROYCE TOTAL RETURN FUND | D | Dividend | M | T | Exempt | | | | |
| 14. - SPDR S&P MIDCAP 400 ETF | B | Dividend | M | T | Exempt | | | | |
| 15. - S&P 500 ETF FUND | B | Dividend | L | T | Exempt | | | | |
| 16. - TWEEDY BROWNE GLOBAL VALUE | D | Dividend | M | T | Exempt | | | | |
| 17. - VANGUARD 500 INDEX FUND | C | Dividend | M | T | Exempt | | | | |

1. Income Gain Codes:  A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
   (See Columns B1 and D4)  F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
   (See Columns C1 and D3)  N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes  Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
   (See Column C2)  U =Book Value   V =Other   W =Estimated

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. - BLACKROCK GLOBAL ALLOCATION FUND | E | Dividend | N | T | Exempt | | | | |
| 19. - IVY ASSET STRATEGY FUND | B | Dividend | N | T | Exempt | | | | |
| 20. IRA #1 | | | | | | | | | |
| 21. - FIDELITY CASH RESERVES | A | Interest | J | T | Exempt | | | | |
| 22. - BLACKROCK GLOBAL ALLOCATION FUND | A | Dividend | K | T | Exempt | | | | |
| 23. 401(K) PLAN #1 | | | | | Exempt | | | | |
| 24. - TDAMERITRADE MONEY MARKET PORTFOLIO CLASS A | A | Interest | J | T | Exempt | | | | |
| 25. - BBH CORE SELECT FUND | A | Dividend | M | T | Exempt | | | | |
| 26. - BLACKROCK EQUITY DIVIDEND FUND | A | Dividend | L | T | Exempt | | | | |
| 27. - FIDELITY LOW PRICED STOCK FUND | A | Dividend | K | T | Exempt | | | | |
| 28. - SPDR S&P MIDCAP 400 ETF | A | Dividend | K | T | Exempt | | | | |
| 29. - TWEEDY BROWNE GLOBAL VALUE FUND | A | Dividend | L | T | Exempt | | | | |
| 30. - BLACKROCK GLOBAL ALLOCATION FUND | A | Dividend | M | T | Exempt | | | | |
| 31. - IVY ASSET STRATEGY FUND | A | Dividend | M | T | Exempt | | | | |
| 32. - ABERDEEN EMERGING MARKETS FUND | A | Dividend | J | T | Exempt | | | | |
| 33. - ALLIANZ GI MICRO CAP FUND | A | Dividend | J | T | Exempt | | | | |
| 34. - AMANA GROWTH FUND | A | Dividend | J | T | Exempt | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code I (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. - AMERICAN CENTURY MIDCAP VALUE FUND | A | Dividend | J | T | Exempt | | | | |
| 36. - ARTISAN MIDCAP FUND | A | Dividend | J | T | Exempt | | | | |
| 37. - FRANKLIN TEMPLETON EMERGING MARKETS DEBT OPPORTUNITY FUND | A | Dividend | J | T | Exempt | | | | |
| 38. - HANCOCK HORIZON DIVERSIFIED INTERNATIONAL FUND | A | Dividend | J | T | Exempt | | | | |
| 39. - MFS VALUE FUND | A | Dividend | J | T | Exempt | | | | |
| 40. - OPPENHEIMER GLOBAL FUND | A | Dividend | J | T | Exempt | | | | |
| 41. - VANGUARD INSTITUTIONAL INDEX FUND | A | Dividend | J | T | Exempt | | | | |
| 42. WILMERHALE CAPITAL ACCOUNT BALANCE | E | Interest | O | U | Exempt | | | | |
| 43. WILMERHALE DEFINED BENEFIT PLAN BALANCE | D | Int./Div. | O | W | Exempt | | | | |
| 44. CHEVRON CORP. COMMON STOCK | A | Dividend | J | T | Exempt | | | | |
| 45. SOURCE CAPITAL INC. COMMON STOCK | A | Dividend | J | T | Exempt | | | | |
| 46. NEWMONT MINING CORP. COMMON STOCK | A | Dividend | J | T | Exempt | | | | |
| 47. IBM COMMON STOCK | A | Dividend | K | T | Exempt | | | | |
| 48. SC FUNDAMENTAL LLC | C | Int./Div. | N | T | Exempt | | | | |
| 49. OBA BANK SAVINGS ACCOUNT | A | Interest | L | T | Exempt | | | | |
| 50. UTAH EDUCATIONAL SAVINGS PLAN #1 | | | | | | | | | |
| 51. - VANGUARD TOTAL STOCK MARKET INDEX | A | Dividend | J | T | Exempt | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. - VANGUARD DEVELOPED MARKET INDEX | A | Dividend | J | T | Exempt | | | | |
| 53. - VANGUARD EMERGING MARKET STOCK INDEX | A | Dividend | J | T | Exempt | | | | |
| 54. - VANGUARD SHORT TERM INVESTMENT GRADE INDEX | B | Dividend | K | T | Exempt | | | | |
| 55. - VANGUARD SHORT TERM BOND FUND | A | Dividend | K | T | Exempt | | | | |
| 56. - FDIC INSURED SAVINGS ACCOUNT | A | Dividend | L | T | Exempt | | | | |
| 57. COLLEGE SAVINGS PLAN OF MARYLAND - PORTFOLIO 2015 | | None | K | T | Exempt | | | | |
| 58. UTAH EDUCATIONAL SAVINGS PLAN #2 | | | | | | | | | |
| 59. - VANGUARD SHORT TERM INVESTMENT GRADE FUND | A | Dividend | J | T | Exempt | | | | |
| 60. - VANGUARD SHORT TERM BOND INDEX | A | Dividend | J | T | Exempt | | | | |
| 61. - FDIC INSURED SAVINGS ACCOUNT | A | Dividend | L | T | Exempt | | | | |
| 62. COLLEGE SAVINGS PLAN OF MARYLAND - PORTFOLIO FOR COLLEGE | | None | K | T | Exempt | | | | |
| 63. SCHWAB CASH ACCOUNTS | A | Interest | K | T | Exempt | | | | |
| 64. CAPITAL ONE 360 SAVINGS CASH ACCOUNTS | B | Interest | M | T | Exempt | | | | |
| 65. Trust # 1 | | | | | | | | | |
| 66. - RENTAL PROPERTY #1 (ALEXANDRIA. VA) | E | Rent | N | W | Exempt | | | | |
| 67. - RENTAL PROPTERY #2 (ALEXANDRIA, VA) | E | Rent | N | W | Exempt | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
   A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000

2. Value Codes (See Columns C1 and D3)
   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000

3. Value Method Codes (See Column C2)
   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| MOSS, RANDOLPH D. | 04/09/2014 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 68. - RENTAL PROPERTY #3 (HERNDON, VA) | E | Rent | M | W | Exempt | | | | |
| 69. CITIBANK CASH ACCOUNTS | A | Interest | L | T | Exempt | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOSS, RANDOLPH D. | 04/09/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

FILER DOES NOT CONTROL THE UNDERLYING INVESTMENTS IN THE WILMERHALE DEFINED BENEFIT PLAN LISTED ON LINE 43 OF PART VII.

| Name of Person Reporting | Date of Report |
|---|---|
| MOSS, RANDOLPH D. | 04/09/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

FILER DOES NOT CONTROL THE UNDERLYING INVESTMENTS IN THE WILMERHALE DEFINED BENEFIT PLAN LISTED ON LINE 43 OF PART VII.

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: S/ **RANDOLPH D. MOSS**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

---

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | 2 | 003 | 500 | Notes payable to banks-secured | | | |
| U.S. Government securities | | | | Notes payable to banks-unsecured | | | |
| Listed securities – see schedule | 4 | 129 | 704 | Notes payable to relatives | | | |
| Unlisted securities – see schedule | 1 | 331 | 077 | Notes payable to others | | | |
| Accounts and notes receivable: | | 803 | 211 | Accounts and bills due | | | |
|   Due from relatives and friends | | | | Unpaid income tax | | | |
|   Due from others | | | | Other unpaid income and interest | | | |
|   Doubtful | | | | Real estate mortgages payable | | | |
| Real estate owned – see schedule | 1 | 825 | 000 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | 100 | 000 | | | | |
| Cash value-life insurance | | | | | | | |
| Other assets itemize: | | | | | | | |
|   WilmerHale Defined Benefit Plan (est.) | | 659 | 000 | | | | |
|   Thrift Savings Plan | | 499 | 763 | | | | |
| | | | | Total liabilities | | | 0 |
| | | | | Net Worth | 11 | 351 | 255 |
| Total Assets | 11 | 351 | 255 | Total liabilities and net worth | 11 | 351 | 255 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | | | Are any assets pledged? (Add schedule) | No | | |
| On leases or contracts | | | | Are you defendant in any suits or legal actions? | No | | |
| Legal Claims | | | | Have you ever taken bankruptcy? | No | | |
| Provision for Federal Income Tax | | 200 | 000 | | | | |
| Other special debt | | | | | | | |